# EXHIBIT C

Your Amazon.com | Today's Deals | Gift Cards | Help

Shop by **Department** | Search Pet Supplies | homezone kitty litter house | Go | Hello. **Sign in** Your Account | 0 Cart | Wish List

Pet Supplies | Brands | Bestsellers | Markdowns | Dogs | Cats | Small Animals | Fish & Aquatics | Birds | Reptiles & Amphibians | Gift Ideas





**Pet Hideaway**
by Homezone

(24 customer reviews)

**Color:** White

**1 new** from $99.95

Share

**Available from these sellers.**

**Is this a gift?** Please note that this item ships in its own packaging and cannot be gift-wrapped or concealed.

**1 new** from $99.95

Roll over image to zoom in
Share your own customer images

## Product Features
Color: **White**
- Hide the messy litter box inside to enhance the look of your bathroom, kitchen, or laundry room
- Made from durable MDF and packaged KD with non-toxic paint
- 2 shelves offer additional storage space
- Use to cover litter box or pet bed
- Litter box sold separately

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Homezone Kitty Litter House** - New **Cat's** Pride® Fresh & Light. Keeps **Litter** Boxes Fresher, Longer — www.**cat**spride.com/OfficialSite

**Assorted Cat Litter** - Available At PetSmart® Including World's Best® & Precious **Cat**®! — www.petsmart.com/**CatLitter**

**Eliminate Cat Litter Odor** - See quick demonstration of Zero Odor **Litter** Spray. — www.youtube.com/ZeroOdorVideo

See a problem with these advertisements? Let us know                                     Advertise on Amazon

## Customers Who Viewed This Item Also Viewed                                           Page 1 of 6

    

Merry Pet Cat Washroom / Night Stand Pet House (235) $76.84 | Iris CLH-12 Open-Top Litter Box with Shield and Scoop (215) $10.59 | Good Pet Stuff Hidden Litter Litter Box (224) $64.49 | Pet Studio MDF Litter Box Cat Cabinet, Mahogany (36) $156.99 | Designer Catbox Litter Box Enclosure in Espresso (33) $164.95

## Product Details

**Product Dimensions:** 20.5 x 19 x 25 inches
**Shipping Weight:** 2.1 pounds
**Shipping:** This item is also available for shipping to select countries outside the U.S.
**Shipping Advisory:** This item must be shipped separately from other items in your order. Additional shipping charges will not apply.
**ASIN:** B002CML15M
**Item model number:** CVA0091G
**Average Customer Review:** (24 customer reviews)
**Amazon Best Sellers Rank:** #55,131 in Pet Supplies (See Top 100 in Pet Supplies)
# 45 in   Pet Supplies > Dogs > litter & Housebreaking > **litter Boxes**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description
Color: **White**

### Amazon.com Product Description
Spice up the look of your kitchen, laundry room, or bathroom by placing your cat's messy litter box inside the HomeZone Kitty Litter House. Or you can use it to cover your dog's or cat's pet bed. Constructed of durable MDF and packaged KD with non-toxic white paint, the Kitty Litter House includes 2 shelves for additional storage space and an inside hook to keep the litter scoop within easy reach. The door opens wide for easy scooping and cleaning. Measures 19 x 20.5 x 25 inches. Instruction manual included. Litter box sold separately.

### Product Description
Pet Hideaway or Kitty Litter Hideaway - either way this product complements every room in the house. Constructed of durable MDF, and packaged KD. It is available in non-toxic white or espresso painted finishes. The Hideaway is a trouble-free solution to changing the kitty litter with a swing of the front door. Conveniently hang your litter scoop on the hook just inside the door. The Hideaway is also a great option for the dog in the family when used as the Pet Bed Hideaway.

## Product Ads from External Websites (What's this?)                              Sponsored Content

    

| Litter Box House - Improvements | Coaster Kayla Night Stand in White CO-201182 | Merry Products Medium Log Home Pet House | Wynwood Furniture Night Stand Granada WY1604-63 | The White House At Night AZV00559 canvas print |
|---|---|---|---|---|
| $99.99 | $224.00 | $160.99 | $573.00 | $92.00 |
| + $13.00 Est. shipping | + Free Shipping | No Shipping Info | + Free Shipping | + Free Shipping |
| Improvements Catalog | Home Furniture Mart | Mercantila | Home Furniture Mart | Gallery Direct |

See a problem with these advertisements? Let us know                                                           Advertise here

## Customer Reviews

              (24)
4.0 out of 5 stars

| | |
|---|---|
| 5 star | 12 |
| 4 star | 6 |
| 3 star | 3 |
| 2 star | 1 |
| 1 star | 2 |

See all 24 customer reviews

" *This piece looks great in my home and matches perfectly to my decor.* "
S. Hellen  |  9 reviewers made a similar statement

" *I really do love this cat box!* "
I. Czech  |  5 reviewers made a similar statement

" *The opening for the cat to go through seems to be way too low on the cabinet, so they just kick the litter out onto the floor.* "
indigo  |  2 reviewers made a similar statement

### Most Helpful Customer Reviews

8 of 8 people found the following review helpful
**The Perfect Litter Box!!** February 11, 2010
By Jacob M. Meier III
Color Name: White  |  Amazon Verified Purchase

I have always hated the way litter boxes look. All of them! So I've been fortunate enough to have large balconies in the last two apartments I've lived in where I could keep the litter box outside and out of site. Recently I moved to an apartment that has a tiny balcony so I have to keep the litter box in the bathroom. This is an amazing product. It's sturdy, very nice looking, and fits our decor perfectly. Now I don't mind having the litter box inside! There is one minor problem I had which I've read in other reviews, the screw for the silver knob on the door is not



**Product Ads from External Websites**

Litter Box House - Improvements
$99.99
+ $13.00 Est. Shipping
Improvements Catalog

The White House At Night AZV00559 canvas print
$92.00
+ Free Shipping
Gallery Direct

Sponsored Content

long enough. We had to actually chip away some of the wood on the backside of the door so that the knob would screw onto the screw. I love this product so much that I don't care I had to do that. I highly recommend it!

Comment | Was this review helpful to you? [Yes] [Not]

7 of 7 people found the following review helpful
**Very Pleased** January 1, 2010
By Greg J. Devlin
*Amazon Verified Purchase*

I'm happy with the design and quality of this product. It shipped and arrived quickly and was fairly simple to put together. It's sturdy and hides my cat's litter box very well.

Comment | Was this review helpful to you? [Yes] [Not]

5 of 5 people found the following review helpful
**Great Hideaway with a perfect look that matches my decor!** August 22, 2009
By S. Bright

I really love this item and so does my cat...he has the perfect place to hideaway. This piece looks great in my home and matches perfectly to my decor. I would suggest this item and recommend it to all.

Thanks for the great item HomeZone!

Comment | Was this review helpful to you? [Yes] [Not]

› See all 24 customer reviews

[Write a customer review]

Advertisement

**Most Recent Customer Reviews**

**great hidden cat box**
Pretty sturdy material. My cats love it. Watch the dimensions if you have a really big kitty it will be hard for him/her to get in it. Read more
Published 23 months ago by Hello Sunshine

**Aesthetically pleasing, cheaply made**
This litter box looks great, but had a tough time putting it together. You must be very careful with all the pieces when you put it together - if you don't screw in the screws... Read more
Published on June 5, 2010 by moka1327

**Kitty Litter House**
I love this kitty litter house. You don't walk into the room and smell kitty litter! Sometimes I forget to clean it because I don't see it or smell it!
Published on June 1, 2010 by Andrea Suggs

**Litter box cover**
This product is even better than I hoped for.

It looks like a nice piece of furniture and blends right into the decor. Read more
Published on May 22, 2010 by Lolly

**Litter house**
I had one of these before I purchased this particular one. It really fits my needs since the litter box is in the living room and it hides it very well. Read more
Published on May 22, 2010 by R. Napolitano

**Love It**
I just moved and didn't really have a good place to hide the littler box. So I looked over several types of this product and finally chose this one because of the lower cost and... Read more
Published on May 15, 2010 by C. Lloyd

**Not so great for the price**
I was interested in this piece of furniture for several reasons: my cats always seem to track litter all over the place, I wanted the extra storage space of the shelf (instead of... Read more
Published on May 10, 2010 by indigo

**I LIKE IT!!!!**
THIS PRODUCT LOOKS GREAT! I PUT IT IN MY KITCHEN AND IT GIVES AN ELEGANT FEEL THAT ALSO HIDES THE LITTER BOX. I ABSOLUTELY LOVE IT. Read more
Published on April 26, 2010 by Christy Simmons

**Not for multiple cats**
I bought this for one of my six cats who has dementia and arthritis and I wanted a litter box near where she spends her days. Read more
Published on April 21, 2010 by J. S. Watts

**Great pet hideaway**

This is a great item, however the price does effect that it is obviously not a heavy duty cabinet. Read more

Published on April 21, 2010 by Jody L. Haggart

**Search Customer Reviews**

[       ] Go

☑ Only search this product's reviews

---

## Forums

There are no discussions about this product yet.

Be the first to discuss this product with the community.

[Start a Discussion]

---

## eGift This Item (What's this?)



**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.

[Get Started]

---

## Look for Similar Items by Category

Color: **White**

Pet Supplies > Cats > Litter & Housebreaking > Litter Boxes

Pet Supplies > Dogs > Litter & Housebreaking > Litter Boxes

Pet Supplies > Pet Supplies: International Shipping Available

---

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

---

### Your Recent History (What's this?)

| You have no recently viewed items. | **Continue Shopping:** Top Sellers | | | Page 1 of 6 |

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.



**Fifty Shades Darker: Book Two of...**
EL James
(1,819)
Kindle Edition
$9.99
Fix this recommendation



**Gone Girl: A Novel**
Gillian Flynn
(1,195)
Kindle Edition
$12.99
Fix this recommendation



**Fifty Shades of Grey: Book One...**
EL James
(10,412)
Kindle Edition
$9.99
Fix this recommendation

| **Get to Know Us** | **Make Money with Us** | **Let Us Help You** |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |
| | | Help |

amazon.com

Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | MYHABIT<br>Private Fashion<br>Designer Sales |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2012, Amazon.com, Inc. or its affiliates