# EXHIBIT D




**Poem of the Day** | **Top 30** | **Poets** | **Shopping** | **Forums** | **Search** | **Comments**
Today, on June 20th, 2011, the site contains **196 poets**, 8,692 poems and **20,566 comments**.

## HomeZone MDF Kitty Litter House, Espresso

**Information**



All Products   Search

In association with Amazon.com

from: HomeZone

See More Details

**See Larger Image**

**Binding:** Misc.
**Brand:** Homezone
**Color:** Espresso
**EAN:** 0823420546268
**Item Dimensions:** 250020501900
**Label:** HomeZone
**Manufacturer:** HomeZone
**Model:** CVA0092G
**Publisher:** HomeZone
**Studio:** HomeZone

### Features:

- Hide the messy litter box inside to enhance the look of your bathroom, kitchen, or laundry room
- Made from durable MDF and packaged KD with non-toxic paint
- 2 shelves offer additional storage space
- Use to cover litter box or pet bed
- Litter box sold separately

### Related Items:

- Doskocil Litter Pan - Large (18 1/2" long x 15 1/4" wide x 5 1/4" high)
- Iris CLH-12 Open-Top Litter Box with Shield and Scoop
- IRIS Cat Litter Pan with Scoop, Large, Navy
- LitterMaid LMC100 Litter Box Carpet
- Booda Scoop'N Hide Litter Scoop, Titanium
- see more

**Browse for similar items by category:** Click to Display

### Editorial Review:

**Product Description:**
Pet Hideaway or Kitty Litter Hideaway - either way this product complements every room in the house. Constructed of durable MDF, and packaged KD. It is available in non-toxic white or espresso painted finishes. The Hideaway is a trouble-free solution to changing the kitty litter with a swing of the front door. Conveniently hang your litter scoop on the hook just inside the door. The Hideaway is also a great option for the dog in the family when used as the Pet Bed Hideaway.

Copyright © 2003-2011 Gunnar Bengtsson, Poetry Connection. All Rights Reserved.

script by MrRat and mod_rewrite by Amazon/Webmaster Services (AWS)

Updated by Labbs 24th July 2009